**Order entered May 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00287-CR

**FELIX VALLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F09-54969-K**

## ORDER

After consideration, we **DENY** Appellant's "Motion for the Clerk's Record and Reporter's Record on a Loner [sic]."

/s/     KERRY P. FITZGERALD
JUSTICE